The People of the State of New York, Respondent, *v*. Aaron Glassberg, Appellant.

Submitted January 6, 1947; decided January 16, 1947.

*Aaron Glassberg*, in person, for motion.

*Miles F. McDonald, District Attorney* (*Henry J. Walsh* of counsel), opposed.

Motion for leave to appeal and to prosecute appeal as a poor person denied upon the ground that the order from which leave to appeal is sought is not an order finally determining a special proceeding or a judgment finally determining an action within the meaning of the Constitution.